UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>ROBERT E. LARSON,<br><br>                    Defendant. | No. CR-04-82-FVS-1<br><br>ORDER RELEASING DEFENDANT FROM FEDERAL CUSTODY PENDING FURTHER PROCEEDINGS<br><br>**ACTION REQUIRED BY UNITED STATES MARSHALS SERVICE** |

   **THE DEFENDANT** having filed a motion to vacate a judgment that was entered on October 22, 2009; and the United States having consented to the defendant's release from custody pending further proceedings; Now, therefore

   **IT IS HEREBY ORDERED:**

   1. The defendant's motion to vacate (**ECF No. 77**) is **granted in part**.

   2. The judgment that was entered on October 29, 2009, is vacated.

   3. The defendant shall be immediately released from federal custody to the extent custody is predicated upon the judgment of October 29, 2009.

   4. The defendant shall resume supervised release pending further proceedings.  All terms and conditions of supervised release that existed as of October 20, 2009, shall be in full force and effect.

   5. The defendant shall meet with a United States Probation

Order – 1

Officer within one week of his release from custody.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel and the United States Marshals Service.

**DATED** this 18th day of January, 2013.

                        s/Fred Van Sickle
                         Fred Van Sickle
          Senior United States District Judge

Order – 2